UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| JENKINS, ET AL., | ) |
| | ) Lead Docket No.: 19-cv-00621 |
| Plaintiffs, | ) (JBA) |
| | ) |
| v. | ) |
| | ) |
| LAPENTA, ET AL., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| REVOLUTION LIGHTING | ) |
| TECHNOLOGIES, INC. | ) |
| | ) |
| Nominal Defendant. | ) |

_____

**NOTICE OF PROPOSED SETTLEMENT
AND JOINT MOTION FOR STAY OF PROCEEDINGS**

Plaintiffs Bill Jenkins, Ronald J. Persin, Dale Barton, Betsey Wages, Robert Flos, and Giovanni Vecchiato ("Plaintiffs") respectfully notify this Court that the parties have agreed to settle the claims in these consolidated actions ("Connecticut Derivative Actions") along with very similar claims in a consolidated action pending before Judge Oetken in the United States District Court for the Southern

ActiveUS 179606056

District of New York (captioned *In re Revolution Lighting Technologies, Inc. Derivative Litigation*, Lead Case No. 1:19-cv-03913 (the "New York Derivative Actions")).

Judge Oetken has preliminarily approved the settlement of the New York Derivative Actions (annexed hereto as Exhibit A) and has also preliminarily approved the settlement of a related class action, captioned *In re: Revolution Lighting Technologies, Inc. Securities Litigation*, Case No. 1:19-cv-00980.  The hearing for final approval in both the New York Derivative Actions and the related class action is scheduled in New York for August 11, 2020.  Pursuant to the settlement agreement applicable to the Connecticut and New York Derivative Actions, if Judge Oetken finally approves the settlement of the New York Derivative Actions Plaintiffs will move this Court for dismissal with prejudice of the Connecticut Derivative Actions.  A copy of the joint Stipulation of Settlement ("Stipulation"), in which the Plaintiffs are parties, is annexed hereto as Exhibit B.

WHEREFORE, in order to conserve the resources of the parties and of the Court, the parties request:

1.     That the stay of proceedings entered by this Court on August 13, 2019 (ECF No. 30) be continued through the final resolution of the New York Derivative Actions, <u>provided,</u> that the parties shall notify the Court promptly if the Stipulation

is cancelled or terminated, or if the final resolution of the New York Derivative Actions will be delayed beyond September 2020; and

2.   That the telephonic status conference scheduled for May 6, 2020 be continued until September 30, 2020.

3.   All parties consent and join in this motion.

Dated: April 20, 2020

Respectfully submitted,

By: /s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
Aeton Law Partners, LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
Telephone: (860) 724-2160
Facsimile: (860) 724-2161
Email: jms@aetonlaw.com


**GLANCY PRONGAY & MURRAY, LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
Email: mouston@glancylaw.com
        bsachsmichaels@glancylaw.com

3

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*


**WILMER CUTLER PICKERING HALE AND DORR LLP**
William H. Paine
Denise Tsai
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Email: william.paine@wilmerhale.com
         denise.tsai@wilmerhale.com

*Counsel for Defendants*


IT IS SO ORDERED.


Dated: _____, 2020          _____
                                    The Hon. Janet Bond Arterton
                                    U.S. District Court for the District of Connecticut

ActiveUS 179606056

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan M. Shapiro
Jonathan M. Shapiro

ActiveUS 179606056