# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. STOCKHOLDER DERIVATIVE LITIGATION | ) ) ) ) Master File No.: 3:19-cv-00621-JBA |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) |

## NOTICE OF SETTLEMENT IN RELATED DERIVATIVE ACTION

On August 11, 2020, Judge J. Paul Oetken entered an order approving settlement of derivative claims and payment of attorneys' fees in a related action captioned: *In re Revolution Lighting Technologies, Inc. Derivative Action*, Lead Case No. 1:19-cv-03913, United States District Court For The Southern District Of New York ("August 11, 2020 Order" attached hereto as Exhibit A). Once the August 11, 2020 Order becomes final in the related action, which the parties anticipate will be on or about September 11, 2020, the claims in the action before this Court will be released. Within ten days of the August 11, 2020 Order becoming final, Plaintiffs intend to file an unopposed motion for voluntary dismissal in this Court.

Dated: August 21, 2020

        Respectfully submitted,

        /s/Jonathan M. Shapiro (ct24075)
        **AETON LAW PARTNERS LLP**
        Jonathan M. Shapiro
        101 Centerpoint Drive, Suite 105
        Middletown, CT 06547
        Telephone: (860) 740-0321
        Email: jms@aetonlaw.com

        *Counsel for Plaintiffs*

- 2 -

**CERTIFICATION**

      I hereby certify that on August 21, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

      /s/ Jonathan M. Shapiro
      Jonathan M. Shapiro